IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 08-cr-00510-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERNESTO LUNA-BOLANOS,
   a/k/a Ernesto Reyes Luna,

    Defendant.

---

## ORDER GRANTING ELECTRONIC DEVICE IN COURTROOM

---

The Government has requested permission to present evidence on a compact disc at the trial in this matter set to commence February 9, 2009 at 1:30 p.m. in Courtroom A-602. It is hereby

ORDERED that Plaintiff be allowed to bring into the courthouse a boombox on which to play CDs.

DATED: February __3__, 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge