**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00510-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERNESTO LUNA-BOLANOS,
   a/k/a Ernesto Reyes Luna,

    Defendant.

---

**ORDER REGARDING CUSTODY OF EXHIBITS**

---

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED February __11__, 2009.

                BY THE COURT:

                _____
                Christine M. Arguello
                United States District Judge