**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00510-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERNESTO LUNA-BOLANOS,
   a/k/a Ernesto Reyes Luna,

    Defendant.

---

## ORDER TO RESET SENTENCING

---

This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Sentencing hearing currently set for May 4, 2009, at 9:00 a.m. in Courtroom A602 of the Arraj Courthouse is RESET to **May 4, 2009, at 2:30 p.m.**

    DATED: May __1__, 2009

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge